UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Case No. 02-cv-472-PB

<u>Bank of NY, et al.</u>

<u>            </u>

<u>ORDER</u>

    Re: Document No. 205, Motion for Order of Forfeiture

    Ruling: The clerk shall set a hearing on the motion. Prior to the hearing, the parties shall file a joint memorandum explaining the proposed order. The memorandum shall provide a detailed explanation of the impact, if any, of the proposed order on any of the court's prior rulings. It shall also supply the factual basis for any findings that are contemplated by the proposed order.

                                        <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        U.S. District Judge

Date: November 1, 2005

cc: Jean Weld, Esq.
     Martha Van Oot, Esq.